FILED

05/19/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

**No. DA 20-0115 and No. DA 20-0151**

IN THE

SUPREME COURT OF THE STATE OF MONTANA

THE CITY OF MISSOULA,

VS.

MOUNTAIN WATER COMPANY, a Montana Corporation; AND CARLYLE INFRASTRUCTURE PARTNERS, LP, a Delaware limited partnership,

AND

THE EMPLOYEES OF MOUNTAIN WATER COMPANY,

*Intervenors.*

APPEAL FROM: MONTANA FOURTH JUDICIAL DISTRICT COURT,
MISSOULA COUNTY, HON. KAREN TOWNSEND, PRESIDING
CASE NO. DV-32-2014-0000352-CO

**ORDER ON JOINT STIPULATION AND REQUEST TO CONSOLIDATE APPEALS**

Carlyle Infrastructure Partners, Mountain Water Company, and the City of Missoula, pursuant to Rule 4(3), Mont. R. Civ. P., having on May 19, 2020 filed their Joint Stipulation and Request to Consolidate Appeals in the above matters, and good cause appearing therefore, the Court grants the Request to Consolidate Appeals for this matter and hereby consolidates Cause Nos. DA 20-0115 and DA 20-0151 under Cause No. DA 20-0115.

1

The Court further orders that briefs in the consolidated appeals shall be filed as follows:

1) The City of Missoula ("City") shall first file a single opening brief supporting its direct appeal (DA 20-0115) and cross-appeal (DA 20-0151);

2) Carlyle Infrastructure Partners ("Carlyle") and Mountain Water Company ("Mountain Water") shall next file a single combined brief in response to the City's brief and in support of their cross-appeal (DA 20-0115) and direct appeal (DA 20-0151);

3) The City shall next file a single combined brief in response to Carlyle's and Mountain Water's brief and in reply supporting its direct appeal and cross-appeal and;

4) Carlyle and Mountain Water shall lastly file a single combined reply supporting their cross-appeal and direct appeal.

Dated: May __, 2020.

14644151_v1

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 19 2020